## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5526 | **DATE** | 8/16/2007 |
| **CASE TITLE** | Everything Baseball Limited, LLC vs. Team Athletic Goods, Inc. | | |

**DOCKET ENTRY TEXT**

TAG's motion to dismiss (58) is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|